UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| ROBIN CATER, | | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| | | ) | |
| | v. | ) | No. 1:18-cv-01790-JMS-DLP |
| | | ) | |
| LOVELY NAILS, INC., | | ) | |
| | | ) | |
| | Defendant. | ) | |

**Order Granting *In Forma Pauperis* Status
and Directing Issuance and Service of Process**

**I. Motion for Leave to Proceed In Forma Paupersis**

Plaintiff Robin Cater's motion for leave to proceed *in forma pauperis*, dkt. [2], is **granted**.

**II. Issuance and Service of Process**

The **clerk is designated** pursuant to *Fed. R. Civ. P.* 4(c)(3) to issue process to defendant

Lovely Nails, Inc., in the manner specified by Rule 4(d). Process shall consist of the complaint,

dkt. 1, applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and

Waiver of Service of Summons), and this Entry.

**III. Obligation to Update Address**

The Court must be able to communicate with pro se parties through the United States mail.

While this action is pending, plaintiff shall report any change of address to the Court, in writing,

within ten days. The failure to keep the Court informed of a current mailing address may result in

the dismissal of this action for failure to comply with Court orders and failure to prosecute.

**IT IS SO ORDERED**.

Date: 6/14/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Robin Cater
3891 Carwinion Way
Carmel, IN 46032

Lovely Nails, Inc.
c/o Jesse Pham, Registered Service Agent
4488 Foxmoor Drive
Newburgh, IN 47630