Case 1:18-cv-01790-JMS-DLP   Document 7   Filed 07/03/18   Page 1 of 1 PageID #: 23

**THE OFFICE OF THE**
**CLERK OF THE U.S. DISTRICT COURT**
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

Return to Sender

RECEIVED
JUL 03 2018
US CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Robin Cater
3891 Carwinion Way
Carmel, IN 46032

FWD

UTF

Person no longer at this address

$000.47
JUN 15 2018
MAILED FROM ZIP CODE 46204

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD