UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBIN CATER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-01790-JMS-DLP |
| | ) |
| LOVELY NAILS, INC., | ) |
| | ) |
| Defendant. | ) |

**Order Dismissing Action for Failure to Prosecute**

Plaintiff Robin Cater, proceeding pro se and *in forma pauperis*, commenced this action on June 12, 2018. Since that time mail to Ms. Cater has been returned to the Court as undeliverable, and Ms. Cater has not provided an updated address. More than three months has passed since the filing of the lawsuit, and the only contact Ms. Cater has had with the Court is the initial filing of pleadings and motions to commence the action.

Ms. Cater has moved, has not advised the Court of a change of address, and has not done anything else to move her lawsuit forward. She has abandoned this action.

Therefore, pursuant to Fed. R. Civ. P. 41(b), this action is **dismissed** without prejudice for failure to prosecute. The pending motion for permission for electronic case filing, dkt. [3], is **denied** as moot. Judgment consistent with this Order shall now enter.

**IT IS SO ORDERED**.

Date: 9/21/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Robin Cater
3891 Carwinion Way
Carmel, IN 46032