UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBIN CATER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-01790-JMS-DLP |
| | ) |
| LOVELY NAILS, INC., | ) |
| | ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

The Court having this day made its Entry directing the entry of final judgment, now enters

FINAL JUDGMENT. This action was dismissed for failure to prosecute.

Date: 9/21/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Robin Cater
3891 Carwinion Way
Carmel, IN 46032